**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ray GIBSON, Defendant-Appellant.**

No. 15-6122

United States Court of Appeals, Sixth Circuit.

Argued: October 11, 2017

Decided and Filed: October 31, 2017

ARGUED EN BANC: Dennis C. Belli, Columbus, Ohio, for Appellant. Finnuala K. Tessier, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee. ON SUPPLEMENTAL BRIEF: Dennis C. Belli, Columbus, Ohio, for Appellant. Finnuala K. Tessier, UNITED STATES DEPARTMENT OF JUS-

TICE, Washington, D.C., Charles P. Wisdom, Jr., John Patrick Grant, UNITED STATES ATTORNEY'S OFFICE, Lexington, Kentucky, for Appellee.

Before: COLE, Chief Judge; BATCHELDER, DAUGHTREY, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, COOK, McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, DONALD, and BUSH, Circuit Judges.*

## ORDER

This case was heard by the en banc court on October 11, 2017. The en banc court is evenly divided; therefore, the sentence imposed by the district court is AFFIRMED. *See Sch. Dist. of City of Pontiac v. Sec'y of U.S. Dep't of Educ.*, 584 F.3d 253, 256 (6th Cir. 2009) (en banc); *Stupak-Thrall v. United States*, 89 F.3d 1269, 1269 (6th Cir. 1996) (en banc).

IT IS SO ORDERED.